———o———

WILLIAM DALE, Respondent, vs. FRANK COPPLE, et al., Appellants.

53 321
83a 268

1. *Practice, civil—Appeal—Final judgment.*—Where, on appeal to the Supreme Court the record shows a verdict for plaintiff, and that the Court "ordered judgment entered accordingly," but no entry of the judgment appears in the record, the appeal will be dismissed.

*Appeal from Livingston Circuit Court.*

*Broadus & Pollard,* for Appellants.

*John E. Wait,* for Respondent.

SHERWOOD, Judge, delivered the opinion of the court.

This was an action of trespass for cutting down the timber of plaintiff, William Dale; brought by him against the road overseer, William H. Anderson, and a number of other defendants. The record shows that a verdict was returned

for the plaintiff, in the usual form, and then this language is used: "Whereupon, the court ordered judgment to be entered accordingly." But no judgment is actually entered, and therefore the appeal must be dismissed.

Judges Adams and Vories concur; Judges Wagner and Napton absent.